UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00168-CMA-MEH

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 98.43.70.250,

    Defendant.

**PLAINTIFF'S VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 98.43.70.250 are voluntarily dismissed with prejudice.

Dated: March 15, 2024

                                                                Respectfully submitted,

                                                                By: */s/ Jessica Fernandez*
                                                                 Jessica Fernandez
                                                                 Associate In-House Counsel
                                                                 General Media Systems, LLC
                                                                11239 Ventura Blvd
                                                                Suite #103 Box 717
                                                                Studio City, CA 91604
                                                                Phone: 818-253-1453
                                                                Fax: 323-872-0022
                                                               Jessica@Strike3Holdings.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Jessica Fernandez*
Jessica Fernandez, Esq.